EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

RONALD G. JOHNSON
EDRIC M. CHING
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 24 2002
at 10 o'clock and 44 min. __M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>         Plaintiff,  )<br>  )<br>    vs.  )<br>  )<br> EDWARD KEAKAHANALIO CARIAGA,  )<br>  )<br>  )<br>         Defendant.  )<br>_____) | CR. NO. CR02 00430 HG<br><br>INDICTMENT<br><br>[18 U.S.C. §922(g)(1) and §924(a)(2)] |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about December 27, 2001, in the District of Hawaii, the defendant, EDWARD KEAKAHANALIO CARIAGA, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, to wit, a Colt .38 revolver, serial number B29440, in

violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

The Grand Jury further charges:

On or about December 27, 2001, in the District of Hawaii, the defendant EDWARD KEAKAHANALIO CARIAGA, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce ammunition, to wit, 1) six Winchester .38 special rounds, 2) three W.R.A. 30 caliber rounds and 3) two 9 mm rounds, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: October 24, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
EDRIC M. CHING
Assistant U.S. Attorney

2