**ORIGINAL**

CC: USA
FIN USM
SC DF PTS
FP USPO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 22 2005

at 8 o'clock and 52 min. A M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**EDWARD KEAKAHANALIO CARIAGA**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **1:02CR00430-001**
USM Number: 89112-022

**Donna M. Gray, AFPD**
Defendant's Attorney

**THE DEFENDANT:**

[✓] admitted guilt to violation of General Condition and Special Condition No. 1 of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial or guilt.

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **7638**

Defendant's Residence Address:
**Pahala, Hawaii**

Defendant's Mailing Address:
**Pahala, Hawaii**

November 15, 2005
Date of Imposition of Sentence

_[signature]_
Signature of Judicial Officer

**HELEN GILLMOR**, United States District Judge
Name & Title of Judicial Officer

11·21·05
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 1:02CR00430-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | EDWARD KEAKAHANALIO CARIAGA | |

### ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | That on 7/15/2004, the offender submitted a urine specimen that was confirmed positive for methamphetamine | |
| 2 | That on 10/23/2004 and 11/16/2004, the offender refused to comply with drug testing | |
| 3 | That on 10/29/2004, the offender admitted that he used methamphetamine on 10/23/2004 and 10/24/2004 | |
| 4 | That on 11/9/2004, 11/11/2004 and 11/13/2004, the offender failed to participate in the Intensive Outpatient Program at the Big Island Substance Abuse Council | |
| 5 | That on 10/27/2005, the offender engaged in conduct constituting Resisting Arrest, a misdemeanor | |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER:   1:02CR00430-001 | Judgment - Page 3 of 3 |
| DEFENDANT:    EDWARD KEAKAHANALIO CARIAGA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 MONTHS .

[✔]   The court makes the following recommendations to the Bureau of Prisons:

That the defendant serve his term of imprisonment on the mainland. Further, that the defendant participate in drug treatment, educational and vocational training programs.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal